CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendants Cristobal Cabrera and Wok's On Express, Inc.

KATHLEEN E. FINNERTY
kfinn@kfinnertylaw.com
FINNERTY LAW OFFICES, INC.
3017 Douglas Blvd., Suite 230
Roseville, CA 95661
Telephone: (916) 783 -1644
Attorney for Defendant
Eugene H. Upton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EUGENE H. UPTON, in individual and representative capacity as trustee of The Upton Family Trust; CRISTOBAL CABRERA; WOK'S ON EXPRESS, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:21-CV-03136-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 2/14/2022              CENTER FOR DISABILITY ACCESS

By: _____
          Amanda Seabock
          Attorneys for Plaintiff

Dated: 2/14/2022              LAW OFFICE OF RICK MORIN, PC

By: /S/ Richard Morin
     _____
          Richard Morin
          Attorney for Defendants
          Cristobal Cabrera and
          Wok's On Express, Inc.

Dated: 2/14/2022              FINNERTY LAW OFFICES, INC.

By: /S/ Kathleen E. Finnerty
     _____
          Kathleen E. Finnerty
          Attorney for Defendant
          Eugene H. Upton

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Cristobal Cabrera and Wok's On Express, Inc., and, Kathleen E. Finnerty, counsel for Eugene H. Upton, and that I have obtained authorization to affix their electronic signature to this document.

Dated: 2/14/2022             CENTER FOR DISABILITY ACCESS

                             By: _____
                                  Amanda Seabock
                                  Attorneys for Plaintiff