CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendants Cristobal Cabrera and Wok's On Express, Inc.

KATHLEEN E. FINNERTY
kfinn@kfinnertylaw.com
FINNERTY LAW OFFICES, INC.
3017 Douglas Blvd., Suite 230
Roseville, CA 95661
Telephone: (916) 783-1644
Attorney for Defendant
Eugene H. Upton



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>EUGENE H. UPTON, in individual and representative capacity as trustee of The Upton Family Trust; CRISTOBAL CABRERA; WOK'S ON EXPRESS, Inc., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 5:21-CV-03136-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 2/14/2022          CENTER FOR DISABILITY ACCESS

By: _____
      Amanda Seabock
      Attorneys for Plaintiff

Dated: 2/14/2022          LAW OFFICE OF RICK MORIN, PC

By: /S/ Richard Morin
      Richard Morin
      Attorney for Defendants
      Cristobal Cabrera and
      Wok's On Express, Inc.

Dated: 2/14/2022          FINNERTY LAW OFFICES, INC.

By: /S/ Kathleen E. Finnerty
      Kathleen E. Finnerty
      Attorney for Defendant
      Eugene H. Upton

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Cristobal Cabrera and Wok's On Express, Inc., and, Kathleen E. Finnerty, counsel for Eugene H. Upton, and that I have obtained authorization to affix their electronic signature to this document.

Dated: 2/14/2022                    CENTER FOR DISABILITY ACCESS

                                    By: _____
                                        Amanda Seabock
                                        Attorneys for Plaintiff